100 A.3d 538

IN THE MATTER OF ALAN S. PORWICH, AN ATTORNEY AT LAW (ATTORNEY NO. 025201979).

October 29, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–037, concluding that **ALAN S. PORWICH** of **JERSEY CITY,** who was admitted to the bar of this State in 1979, should be admonished for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ALAN S. PORWICH** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.